

# Relive AirVenture.

Experience a taste of AirVenture through all the news, photos, videos, and much more that revolve around the World's Greatest Aviation Celebration®. It's the next best thing to being in Oshkosh! See you at AirVenture 2020, July 20-26!

**VIEW NOW**



### AirVenture 2019: Facts and Figures for a Record Year

EAA members and aviation enthusiasts attended in large numbers, and stayed throughout the week.

Read More



### Relive AirVenture 2019

Missing #OSH19? Us too! Relive the best moments of EAA AirVenture 2019.

Read More



### AirVenture 2019 Photo Gallery

Our 2019 Flickr feed will give you an inside glimpse into the thousands of attractions, features and events that will be happening throughout #OSH19.

Read More



EXHIBIT 1

Case 1:19-cv-01721-WCG   Filed 11/22/19   Page 1 of 1   Document 1-1