


Greetings from Eagle River WI. Eagle Waters Resort 😎

👍 19                              1 Comment  1 Share

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

 **Jan Huser** Hmmm..that deck looks familiar.. Have fun!

Like · Reply · 3y

Write a comment...          

**EXHIBIT 21**