AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __EASTERN DISTRICT OF WISCONSIN__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19-CV-1721 | DATE FILED<br>11/22/2019 | U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WISCONSIN | |
|---|---|---|---|
| PLAINTIFF<br>Experimental Aircraft Association, Inc. | | DEFENDANT<br>Carl Sosnoski, Dean Sosnoski, Steven Sosnoski all d/b/a SOS BROS | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  2,286,207 | 10/12/1999 | Experimental Aircraft Association, Inc. | |
| 2  3,120,648 | 7/25/2006 | Experimental Aircraft Association, Inc. | |
| 3  1,166,870 | 8/25/1981 | Experimental Aircraft Association, Inc. | |
| 4  2,289,467 | 10/26/1999 | Experimental Aircraft Association, Inc. | |
| 5  2,286,435 | 10/12/1999 | Experimental Aircraft Association, Inc. | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>11/22/2019 | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  4,826,762 | 10/6/2015 | Experimental Aircraft Association, Inc. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>STEPHEN C. DRIES | (BY) DEPUTY CLERK<br>Lori Hanson | DATE<br>11/25/2019 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director  **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director  **Copy 4**—Case file copy

Case 1:19-cv-01721-WCG   Filed 11/25/19   Page 1 of 1   Document 3